# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

140121

BARBARA ZWIERS,
      Plaintiff-Appellee,

v

SEAN GROWNEY, M.D. and MICHIGAN
PAIN CONSULTANTS, PC,
      Defendants-Appellants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140121
COA: 286828
Kent CC: 08-002009-NO

_____/

On order of the Court, the application for leave to appeal the October 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

For the reasons stated in my dissenting statement in *Ellout v Detroit Medical Ctr,* __ Mich __ (2010) (Docket No. 140300, order entered July 2, 2010), I would reverse the Court of Appeals.

CORRIGAN and YOUNG, JJ., join the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010

_____
Clerk

d0629